[Crim. No. 729. Second Appellate District, Division Two.—July 10, 1920.]

## In the Matter of the Application of PETER DRAGICH for Writ of Habeas Corpus.

[1] FISH AND GAME—EXTENT OF STATE SOVEREIGNTY—VALIDITY OF SECTION 636, PENAL CODE.—Writ discharged and petitioner remanded on the authority of *Matter of Marincovich, ante,* p. 474.

PROCEEDING on Habeas Corpus to secure the release of petitioner from custody on a charge of violating section 636 of the Penal Code. Writ discharged and petitioner remanded.

The facts are in all material aspects the same as in *Matter of Marincovich, ante,* p. 474.

C. W. Pendleton and Henry E. Carter for Petitioner.

Thomas Lee Woolwine, District Attorney, and W. J. Clark for Respondent.

THE COURT.—[1] The facts in this proceeding are in all material aspects the same as in the *Matter of Marincovich, ante,* p. 474, [192 Pac. 156]. For the reasons there given, petitioner is remanded and the writ discharged.

---

[Civ. No. 3520. First Appellate District, Division Two.—July 14, 1920.]

## L. C. FRASER, Petitioner, v. L. W. CUMMINGS, as City Clerk, etc., Respondent.

[1] ELECTIONS—RECALL—SUFFICIENCY OF PETITION.—Petition denied and alternative writ discharged on the authority of *Fraser* v. *Cummings, ante,* p. 504.

PROCEEDING in Mandamus to compel a city clerk to certify a recall petition. Petition denied and alternative writ discharged.

This case presents the same issues as those involved in *Fraser* v. *Cummings, ante,* p. 504.

De Lancey C. Smith for Petitioner.

H. L. Hagan, City Attorney, and T. J. Ledwich, Deputy City Attorney, for Respondent.

THE COURT.—[1] The above-entitled cause presents the same issues as those involved in *Fraser* v. *Cummings, ante,* p. 504, [192 Pac. 100], and for the reasons therein given the petition is denied and the alternative writ discharged.

---

[Civ. No. 3521. First Appellate District, Division Two.—July 14, 1920.]

## L. C. FRASER, Petitioner, v. L. W. CUMMINGS, as City Clerk, etc., Respondent.

[1] ELECTIONS—RECALL—SUFFICIENCY OF PETITION.—Petition denied and alternative writ discharged on the authority of *Fraser* v. *Cummings, ante,* p. 504.

PROCEEDING in Mandamus to compel a city clerk to certify a recall petition. Petition denied and alternative writ discharged.

This case presents the same issues as those involved in *Fraser* v. *Cummings, ante,* p. 504.

De Lancey C. Smith for Petitioner.

H. L. Hagan, City Attorney, and T. J. Ledwich, Deputy City Attorney, for Respondent.

THE COURT.—[1] The above-entitled cause presents the same issues as those involved in *Fraser* v. *Cummings, ante,* p. 504, [192 Pac. 100], and for the reasons therein given the petition is denied and the alternative writ discharged.